PATRICIA F. GHERTLER v. GERALD S. GHERTLER.

February 28, 1984.

Petition for certification denied.

KAREN W. COOPER v. NORTON J. COOPER.

February 28, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. FRED J. LOVETT.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY PUCHALSKI.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN KALDROVICS.

February 28, 1984.

Petition for certification denied.